# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Bearing Brokers, Inc.

                      Plaintiff,

v.                                         Case No.: 1:14–cv–09304
                                         Honorable James B. Zagel

Gerard L. Schmitz and Company, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2015:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to Plaintiff's Notice of Dismissal [22], this matter is dismissed without prejudice with respect to all Defendants. All pending motions are moot. Further hearing set for 4/7/15 is stricken. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.